DIVIDENDS REMITTED TO THE COURT

Case Number 03-12833 - O'DONNELL, KEVIN P.

FILED
2010 MAR 11 PM 12: 21
U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Ms. Margaret Ryan<br>50 Greenfield Ct.<br>Berea, OH 44017<br>  Unsecured Distribution | 000013 | 3,190.00 | 2.16 ✓<br>*1143* |
| Mr. & Mrs. Darrell Mattern<br>30510 Winston Drive<br>Bay Village, OH 44140<br>  Unsecured Distribution | 000014 | 3,307.08 | 2.24<br>*1144* |
| Mr. Donald R. Kinkade<br>5150 American Blvd., #610<br>Bloomington, MN 55437-1235<br>  Unsecured Distribution | 000019 | 2,676.16 | 1.81<br>*1147* |
| Ms. Dorothy H Gunnett<br>16457 Commons Oval<br>Strongsville, OH 44136<br>  Unsecured Distribution | 000024 | 2,941.56 | 2.00<br>*1150* |
| Mr. Kyle C Reid<br>5825 Allyn Road<br>Hiram, OH 44234<br>  Unsecured Distribution | 000049 | 3,134.52 | 2.13<br>*1170* |
| Mr. Douglas Ritzel<br>1031 West Mill Drive<br>Highland Hts, OH 44147<br>  Unsecured Distribution | 000064 | 598.51 | 0.41<br>*1182* |
| Howard Thompson<br>12201 Tucson Dr.<br>Parma, OH 44130<br>  Unsecured Distribution | 000110 | 6,057.06 | 4.11<br>*1215* |
| Courtney Passon<br>5456 Kilbourne Drive<br>Lyndhurst, OH 44124<br>  Unsecured Distribution | 000116 | 6,700.00 | 4.55<br>*1226* |
| Mr. & Mrs. Donald Haller<br>2070 Canterbury Road<br>Westlake, OH 44145<br>  Consolidated Distribution with the<br>  Neil O'Donnell Bankruptcy Case No. 03-15956 per 9/11/08 Order. | 114NO | 5,918.06 | 4.01<br>*1252* |
| Ms. Carole Krumheuer<br>7606 Pelham Drive<br>Parma, OH 44129<br>  Consolidated Distribution with the<br>  Neil O'Donnell Bankruptcy Case No. 03-15956 per 9/11/08 Order. | 012NO | 7,092.40 | 4.81<br>*1233* |

Case Number 03-12833 - O'DONNELL, KEVIN P

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Mr. & Mrs. John Logue<br>4580 W. 213th St<br>Fairview Park, OH 44126<br>    Consolidated Distribution with the<br>    Neil O'Donnell Bankruptcy Case No. 03-15956 per 9/11/08 Order. | 135NO | 5,493.71 | 3.73<br>*1261* |
| Mrs. & Mrs. James McGrath<br>12497 Bentbrook Drive<br>Chesterland, OH 44026<br>    Unsecured Distribution | 120NO | 6,708.62 | 4.56<br>*1256* |
| ---------- Remittance Total --------------- | | 53,817.68 | 36.52 |

*(signature)*
Waldemar J. Wojcik, Trustee