

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:                                  CHAPTER 7 CASE NO. 03-12833

KEVIN P. O'DONNELL                     JUDGE ARTHUR I. HARRIS

       Debtor(s)

## TRANSMITTAL OF UNCLAIMED FUNDS

WALDEMAR J. WOJCIK, Trustee of this Estate, reports the following:

1. Ninety (90) days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known address are set forth on the attachment hereto.

### SEE CLAIMANTS LISTED ON THE ATTACHMENT HERETO

2. Your Trustee's Check No. 1268 for $21,026.00 payable to the Clerk of the U.S. Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

DATE:

                                         _/s/ Waldemar J. Wojcik_
                                         WALDEMAR J. WOJCIK, Trustee
                                         526 Superior Avenue, Suite 1030
                                         Cleveland, OH 44114
                                         (216) 241-2628

Per 11 U.S.C. 347(a)

Re: Kevin P. O'Donnell - Case No. 03-12833
ATTACHMENT TO TRANSMITTAL OF UNCLAIMED FUNDS

| Check Date | UTC | Claim NO | Amount | Check No | Payee Name and Address |
|---|---|---|---|---|---|
| 8/13/2009 | 7100 | 6 | 2,180.90 | 1011 | Mr. & Mrs. Frank Brady<br>13052 Atlantic<br>Strongsville, OH 44149-3917 |
| 8/13/2009 | 7100 | 19 | 145.91 | 1019 | Mr. Donald R. Kinkade<br>5150 American Blvd., #610<br>Bloomington, MN 55437-1235 |
| 8/13/2009 | 7100 | 31 | 2,726.13 | 1027 | Mr. & Mrs. Louis Stergar<br>1983 Brookdale Road<br>Richmond Heights, OH 44143 |
| 8/13/2009 | 7100 | 34 | 1,486.32 | 1030 | Mr. Donald E Wills<br>11 Parkview Drive<br>Berea, OH 44017 |
| 8/13/2009 | 7100 | 36 | 2,726.13 | 1032 | Mr. & Mrs. Robert Lacey<br>275 East 191st Street<br>Euclid, OH 44119 |
| 8/13/2009 | 7100 | 48 | 1,259.31 | 1041 | Mr. & Mrs. William Gorenc Jr.<br>3428 Country Club Dr.<br>Medina, OH 44256 |
| 8/13/2009 | 7100 | 72 | 2,726.13 | 1059 | Mr. & Mrs. Charles McCarty<br>24501 Glenbrook Blvd<br>Euclid, OH 44117 |
| 8/13/2009 | 7100 | 81 | 760.83 | 1065 | Milan Drouhard<br>1837 Sedro Street<br>Cuyahoga Falls, OH 44221 |
| 8/13/2009 | 7100 | 89 | 2,726.12 | 1073 | Robert Meyers<br>5064 Harmony Ln.<br>Willoughby, OH 44094 |
| 8/13/2009 | 7100 | 110 | 330.24 | 1087 | Howard Thompson<br>12201 Tucson Dr.<br>Parma, OH 44130 |
| 8/13/2009 | 7100 | 178 | 386.70 | 1105 | Ms. Carole Krumheuer<br>7606 Pelham Drive<br>Parma, OH 44129 |
| 8/13/2009 | 7100 | 175 | 2,726.13 | 1118 | James Jocke<br>8575 Usher Rd.<br>Olmstead Township, OH 44138 |
| 8/13/2009 | 7100 | 192 | 582.08 | 1121 | Mr. & Mrs. Richard Smith<br>20502 Ridgewood Ave<br>Warrensville Hts, OH 44122 |
| 2/23/2010 | 7100 | 6 | 27.14 | 1139 | Mr. & Mrs. Frank Brady<br>13052 Atlantic<br>Strongsville, OH 44149-3917 |
| 2/23/2010 | 7100 | 31 | 33.92 | 1155 | Mr. & Mrs. Louis Stergar<br>1983 Brookdale Road<br>Richmond Heights, OH 44143 |
| 2/23/2010 | 7100 | 36 | 33.93 | 1160 | Mr. & Mrs. Robert Lacey<br>275 East 191st Street<br>Euclid, OH 44119 |

| Date | Code | Col3 | Amount | Num | Name/Address |
|---|---|---|---|---|---|
| 2/23/2010 | 7100 | 45 | 33.92 | 1168 | Ms. Diana L. Gerber<br>10856 Meadow Trail<br>Strongsville, OH 44136 |
| 2/23/2010 | 7100 | 48 | 15.67 | 1169 | Mr. & Mrs. William Gorenc Jr.<br>3428 Country Club Dr.<br>Medina, OH 44256 |
| 2/23/2010 | 7100 | 81 | 9.46 | 1193 | Milan Drouhard<br>1837 Sedro Street<br>Cuyahoga Falls, OH 44221 |
| 2/23/2010 | 7100 | 89 | 33.94 | 1201 | Robert Meyers<br>5064 Harmony Ln.<br>Willoughby, OH 44094 |
| 2/23/2010 | 7100 | 175 | 33.92 | 1247 | James Jocke<br>8575 Usher Rd.<br>Olmstead Township, OH 44138 |
| 2/23/2010 | 7100 | 192 | 7.24 | 1250 | Mr. & Mrs. Richard Smith<br>20502 Ridgewood Ave<br>Warrensville Hts, OH 44122 |
| 2/23/2010 | 7100 | 180 | 33.93 | 1253 | Mr. & Mrs. John Lesnick<br>7753 St. James Drive<br>Mentor, OH 44060-3988 |